**BENJAMIN KIM, OSB #066426**
**Law Office of Benjamin Kim, LLC**
4248 Galewood St.
Lake Oswego, OR 97035
Tel: (503)344-6251
Email: ben@benkimlaw.com
Attorney for VICTORIA CRUZ-SANTIAGO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, | 3:26-00095M-001 |
| Plaintiff, | |
| vs. | **DEFENDANT'S MEMORANDUM IN SUPPORT OF PRETRIAL RELEASE** |
| VICTORIA CRUZ-SANTIAGO, | |
| Defendant. | |

Defendant VICTORIA CRUZ-SANTIAGO through counsel, respectfully moves this Court for an order setting condition of release pursuant to the Bail Reform Act, 18 U.S.C. § 3142. While the Pretrial Services Report notes an immigration detainer from U.S. Immigration and Customs Enforcement (ICE), Ms. Cruz-Santiago is not a danger to the community and can be trusted to appear in court under appropriate, strict conditions.

## I. BACKGROUND

Ms. Cruz-Santiago is currently held at Yamhill County Jail. Ms. Cruz-Santiago has resided in Oregon for over 20 years.  She is the mother of four children who were all born in and also live in Oregon.  She lived for the past 4 years in a house in Salem, Oregon where she lived with her longtime partner and her two school aged children.  Ms. Cruz-Santiago's two

PAGE | 1
3:26-00095M-001DEFENDANT'S MEMORANDUM IN SUPPORT OF PRETRIAL RELEASE

older children live near Salem and attend college.  Ms. Cruz Santiago has no criminal history including no history of violence. Ms. Cruz-Santiago has strong family ties to Oregon.  She has a long history of employment in Oregon as set forth in the Pretrial Services Report.

## II. ARGUMENT

### A. The Defendant is Not a Flight Risk or Danger

Under the Bail Reform Act, the court must consider (1) the nature of the offense, (2) the weight of the evidence, (3) the history and characteristics of the person, and (4) the nature and seriousness of the danger to the community.

Ms. Cruz-Santiago has strong ties to the community as evidenced by the period of time she has resided in Oregon where she lives with her family.  She has a long history of employment in Oregon.  All four of her children were born and raised in Oregon.  Ms. Cruz-Santiago's two younger children attend middle school and high school.  Ms. Cruz-Santiago's youngest child [medically] as set forth in the Pretrial Services Report, Ms. Cruz-Santiago youngest child is pending surgery for her eye and is in need of frequent medical visits.

There is no history of failure to appear or any issues regarding voluntary compliance regarding any legal issue.

Ms. Cruz-Santiago has no criminal history other that a 2009 misdemeanor that was dismissed.  While the allegations in this matter involve a large quantity of controlled substances, Ms. Cruz-Santiago is unaware of any evidence any factors beyond quantity that would factor into the assessment of danger.

The Pretrial Services Report may indicate that an immigration detainer exists.  If an immigration detainer exists, it is an "externality not under defendant's control" and should not be used to justify detention if the defendant would otherwise be released.  *United States v.*

3:26-00095M-001DEFENDANT'S MEMORANDUM IN SUPPORT OF PRETRIAL RELEASE

BENJAMIN KIM
ATTORNEY AT LAW
4248 GALEWOOD ST.
LAKE OSWEGO, OR 97035
P: (503) 344-6251 | F: (503) 961-9777

*Santos-Flores*, 794 F.3d 1088 (9th Cir. 2015.)  The risk of nonappearance must be tied to the defendant's own conduct, not the possibility that ICE will remove them.  Immigration status is not a listed factor for the Court to consider under 18 U.S.C.S. § 3142(g). *Id.*  Involuntary removal by ICE is simply not "flight" under the Bail Reform Act.  *United States v. Ailon-Ailon*, 875 F.3d 1334 (10th Cir. 2017).  In short, an ICE detainer or the possibility of removal is not, standing alone, a lawful basis for pretrial detention because it does not establish that the defendant poses a risk of flight under § 3142.

### B. Conditions of Release Can Reasonably Assure Appearance

Ms. Cruz-Santiago can be released with conditions, such as electronic monitoring: GPS tracking or ankle monitor and frequent, regular reporting to Pretrial Services.  She proposes to be released to return to her home in Salem that she has resided in for the past 4 years.

### III. CONCLUSION

Detention is the exception, not the rule. The Court should allow release with conditions to allow Ms. Cruz-Santiago to fight both the criminal case and her immigration status.

Dated this 20th day of April 2026.

/s/ ~Benjamin Kim~

Benjamin B. Kim, OSB 066426
Attorney for Defendant Victoria Cruz-Santiago

Submitted by:

/s/Benjamin Kim
Attorney for Defendant VICTORIA CRUZ-SANTIAGO

PAGE | 3
3:26-00095M-001DEFENDANT'S MEMORANDUM IN SUPPORT OF PRETRIAL RELEASE
BENJAMIN KIM
ATTORNEY AT LAW
4248 GALEWOOD ST.
LAKE OSWEGO, OR 97035
P: (503) 344-6251 | F: (503) 961-9777